```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAUREN GILLIAT,

                Plaintiff,

  -against-

B&H PHOTO, LLC, et al.,

                Defendants.

09 Civ. 6902 (RJH)(KNF)

**ORDER**

---

    On January 21, 2010, the Court received a Report and Recommendation (the "Report") from Magistrate Judge Kevin Nathaniel Fox recommending that this action be dismissed for failure to prosecute and failure to effect service under Fed. R. Civ. P. 4(m) and 41(b). The Court has not received any objections to the Report and finds no error in it. The Court therefore adopts the Report in its entirety.

    The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: New York, New York
       April 13, 2010

                                                  Richard J. Holwell
                                                  United States District Judge